UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CR 05-027ML** **DATE: June 17, 2005**

**TITLE: USA v. PEDRO HERNANDEZ-RODRIGUEZ**

**U.S. DISTRICT COURT JUDGE MARY M. LISI**

**COURTROOM CLERK:** John Duhamel
**COURT REPORTER:** Karen Zinni
**INTERPRETER:**

**IN COURT**

---

**COUNSEL PRESENT:** AUSA Stephen G. Dambruch - Govt
James T. McCormick - for Deft
Dennis Jenkins - U.S. Probation

**PROCEEDINGS:** **Change of Plea Hearing**

Deft is sworn and questioned by the Court. Court reviews the terms & conditions of the Plea Agreement. Deft questions the effect of the agreement. This hearing is cont'd to Thursday, July 7, 2005, @ 11:00 a.m., to allow counsel to resolve issues in contention. Deft is remanded.