UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CR 05-027ML** **DATE: June 17, 2005**

**TITLE: USA v. PEDRO HERNANDEZ-RODRIGUEZ**

**U.S. DISTRICT COURT JUDGE MARY M. LISI**

**COURTROOM CLERK: John Duhamel**
**COURT REPORTER: Karen Zinni**
**INTERPRETER:**

IN COURT

---

**COUNSEL PRESENT:** **AUSA Mary E. Rogers - Govt**
**James T. McCormick - for Deft**
**Michael Perry - U.S. Probation**

**PROCEEDINGS:** **Change of Plea Hearing**

**This hearing is cont'd from 6/17/05. Deft is sworn and questioned by the Court. Court reviews the terms & conditions of the Amended Plea Agreement. Deft is advised of his rights. Govt summarizes the evidence had the case gone to trial. Deft pleads "guilty" to the one Count of the Indictment. Court accepts the guilty plea. Sentencing is set for Friday, October 7, 2005, at 9:30 a.m. Deft is remanded.**