UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

VS. CR 05-27ML

PEDRO HERNANDEZ-RODRIGUEZ

**NOTICE OF APPEAL**

Now comes Defendant Pedro Hernandez-Rodriguez who hereby appeals from this Court's denial of his motion to withdraw guilty plea.

DEFENDANT PEDRO
HERNANDEZ-RODRIGUEZ

By his attorneys,

McKENNA & McCORMICK

**James T. McCormick (#2614)**
128 Dorrance Street, Suite 330
Providence, RI 02903-2814

(401) 831-2970
(401) 751-1797 (FAX)

**CERTIFICATION**

I, the undersigned, hereby certify I forwarded a copy of the within to the following attorney on the 11th day of October 2005:

Asst. U. S. Atty. Mary E. Rogers
**U.S. Department of Justice**
50 Kennedy Plaza, 8th Floor
Providence, RI 02903-2393