RECEIVED JT

NOV 1 2005

Property of U.S. District Court
District of Rhode Island

10-28-05

To whom it may concern,

My name is Pedro Hernandez Rodriguez. I am a detainee at Donald W. Waytt Detention Facility. I am respectfully requesting that you please, if you may send me copies of the transcripts on the below stated case. I am indigent and very unable to pay for the following copies. Would you kindly send these to me:

Pedro Hernandez Rodriguez 25925-018 / case # 1:05 CR00027-01ML
1 count of 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(B)
sentenced October 7, 2005 by Judge Lisi.

Thank you for your help and your time.

respectfully,

Pedro Hernandez Rodriguez
25925-018
950 High St
Central Falls, R.I.
02863

[signature]