05-00027
USDC-RIPR
J. Lisi

# United States Court of Appeals
## For the First Circuit

---

No. 05-2568

UNITED STATES,

Appellee,

v.

PEDRO HERNANDEZ-RODRIGUEZ, A/K/A KIKO,

Defendant, Appellant.

2006 APR 25 P 3: 15

---

Before

Torruella, Circuit Judge,
Stahl, Senior Circuit Judge,
and Lipez, Circuit Judge.

---

JUDGMENT

Entered: April 4, 2006

There are two problems with appellant's claim of plain error in the district court's failure to inform him that the government would carry the burden, were the case to go to trial, of proving drug amount beyond a reasonable doubt. First of all, during the change of plea hearing, the court did so inform appellant. See Change of Plea Transcript at 14-15. Second, appellant concedes that circuit precedent treats drug amount as a sentencing factor that can be found by the court by a preponderance of the evidence. See United States v. Goodine, 326 F.3d 26 (1st Cir. 2003). Appellant has not demonstrated plain error either in regard to acceptance of his plea or in regard to his sentence, which was the statutory minimum for the amount of drugs to which he admitted.

The judgment is summarily affirmed. See 1st Cir. R. 27(c).

By the Court:

Richard Cushing Donovan, Clerk.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

**Richard Cushing Donovan, Clerk**

**Deputy Clerk**

**Date:** 4/25/06

By: MARGARET CARTER
Chief Deputy Clerk.

[cc: Mary E. Rogers, AUSA, Donald Lockhart, AUSA, David Keighley, Esq. ]